IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BILL LIETZKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NOS. 2:16-CV-949-WKW |
| | ) | 2:16-CV-950-WKW |
| CITY OF MONTGOMERY and | ) | |
| KEVIN MURPHY, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On April 12, 2017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 10.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 10) is ADOPTED; and

2. This action is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 10th day of May, 2017.

                                                   /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE