IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

BILL LIETZKE,                        )
                                     )
          Plaintiff,                 )
                                     )
     v.                              )     CASE NOS.  2:16-CV-949-WKW
                                     )                2:16-CV-950-WKW
CITY OF MONTGOMERY and               )
KEVIN MURPHY,                        )
                                     )
          Defendants.                )

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the court that this action is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 10th day of May, 2017.

                    _____
                         /s/ W. Keith Watkins
                    CHIEF UNITED STATES DISTRICT JUDGE